**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7798**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SEAN JERVITT HOPKINS,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:99-cr-00224)

---

Submitted: March 29, 2007          Decided: April 4, 2007

---

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Sean Jervitt Hopkins, Appellant Pro Se. Ranganath Manthripragada, Assistant United States Attorney, Ronald Jay Tenpas, James Marton Trusty, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Jervitt Hopkins appeals the district court's order denying his motion for production of transcripts at government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED